# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIYACTE REGENE HARRIS,
                Appellant,
                vs.
THE STATE OF NEVADA,
                Respondent.

No. 81898

**FILED**

OCT 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for appointment of counsel and for leave to supplement petition and denying as moot a "motion for post-conviction relief." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from an order denying a motion for appointment of counsel and for leave to supplement petition and an order denying as moot a "motion for post-conviction relief." *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
      Parraguirre

_____, J.
      Hardesty

_____, J.
      Cadish

20 - 38955

cc:    Hon. Douglas W. Herndon, District Judge
       Tiyacte Regene Harris
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk